NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TODD KOZEL,                                       )
                                                 )
            Appellant,                           )
                                                 )
v.                                               )         Case No. 2D16-4853
                                                 )
ASHLEY KOZEL, INGA KOZEL,                        )
GOKANA TRUST, 3601 SETAI LLC,                    )
and 212 WEST 18 LLC,                             )
                                                 )
            Appellees.                           )
_____)

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Sarasota County;
Nancy Donnellan, Judge.

John G. Crabtree, Charles M. Auslander,
and Brian C. Tackenberg of Crabtree &
Auslander, Key Biscayne, for Appellant.

Jeffrey D. Fisher and Zachary R. Potter of
Fisher Potter Hodas, P.L., West
Palm Beach; Steven L. Brannock, Philip
J. Padovano, and Joseph T. Eagleton of
Brannock & Humphries, Tampa, for Appellee
Ashley Kozel.

No appearance for remaining Appellees.


PER CURIAM.

Affirmed.

KELLY, LUCAS, and BADALAMENTI, JJ., Concur.